UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAROLD D. LONG and SHERRIE K. LONG, Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-849 (PLF) |

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the government's motion for partial summary judgment [35] is GRANTED; it is

FURTHER ORDERED that judgment is entered against Harold D. Long in favor of the United States in the amount of $54,758 in unpaid tax liability, interest, and fees as of September 28, 2009, as well as statutory additions accruing thereafter; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court. The Clerk of the Court shall remove this case from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 21, 2010